MILDRED SCIARELLO, Appellant, *v.* COAST HOLDING CO., INC., Respondent.

(Argued April 19, 1935; decided May 3, 1935.)

*Roland A. Crowe* and *Thomas F. Franklin* for appellant.
*Clarence S. Zipp* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: O'BRIEN, J.